UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17cv64-FDW

| | |
|---|---|
| FREDERICK S. HEDGEPETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANNA MILLS WAGONER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon initial review of Frederick S. Hedgepeth's pro se Complaint, which he contends is a "civil action authorized by 42 U.S.C. §§ 1981, 1985(3)." (Compl. 2, Doc. No. 1.)

Hedgepeth is a prisoner of the State of North Carolina, currently incarcerated at Alexander Correctional Institution, which is within the territorial jurisdiction of the Western District of North Carolina. His county of conviction, however, was Rowan County, which is in the territorial jurisdiction of the Middle District of North Carolina.[1] Furthermore, Defendant Anna Mills Wagoner is identified in Hedgepeth's filings as a Rowan County Superior Court Judge, and Defendant Brandy Cook is identified as a Rowan County "prosecutor." (Pl.'s Ex. B 5, Doc. No. 1-1.) Finally, it appears that "a substantial part of the [alleged] events or omissions giving rise to the [action] occurred", 28 U.S.C. § 1391(b)(2), in Rowan County, North Carolina.

Based on the foregoing, the Court finds that venue is proper in the Middle District of

---

[1] See N.C. Dep't of Pub. Safety Offender Pub. Info., http://webapps6.doc.state.nc.us/opi/ofendersearch.do?method=view, (last visited April 11, 2017).

1

North Carolina. Accordingly, the Clerk of Court shall be directed to transfer the above captioned action to the Middle District of North Carolina. See 28 U.S.C. § 1404(a).

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall transfer the above-captioned action, in its entirety, to the United States District Court for the Middle District of North Carolina, and close the action in this Court.

Signed: April 11, 2017

Frank D. Whitney
Chief United States District Judge